IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  vs.                               :   CIVIL NO:   C-1-00-708
                                             JUDGE BECKWITH

JEFFERY L. ENGRAM,

    Defendant.

## SATISFACTION OF JUDGMENT

The judgment in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record.

                                                GREGORY G. LOCKHART
                                                United States Attorney

                                                s/Deborah F. Sanders
                                                DEBORAH  F. SANDERS  #0043575
                                                Assistant United States Attorney
                                                303 Marconi Blvd., Suite 200
                                                Columbus, Ohio  43215
                                                (614) 469-5715

Case 1:00-cv-00708-SSB-TSH    Document 8    Filed 11/17/2004    Page 2 of 2